IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| on behalf of himself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 7278 |
| | ) | |
| v. | ) | Judge Dow |
| | ) | Magistrate Judge Kim |
| NORTHWOOD, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CLASS SETTLEMENT

Plaintiff Dr. William P. Gress and defendant Northwood, Inc. have reached a class action settlement in the above-captioned case. The parties need to document the agreement and intend on filing a motion for preliminary approval of the settlement within the next 45 days.


  s/ Heather Kolbus  
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

  s/ Bart T. Murphy (w/ permission)  
Bart T. Murphy
Thomas J. Hayes
ICE MILLER LLP
2300 Cabot Drive
Suite 455
Lisle, IL 60532
(630) 955-0555
(630) 955-0662 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on November 30, 2012, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

    Bart T. Murphy
    bart.murphy@icemiller.com

    Thomas J. Hayes
    thomas.hayes@icemiller.com


                                                                                        s/ Heather Kolbus
                                                                                      Heather Kolbus



Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)