**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| on behalf of himself and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 7278 |
| | ) | |
| v. | ) | Judge Dow |
| | ) | Magistrate Judge Kim |
| NORTHWOOD, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL ORDER

Pursuant to Fed. R. Civ. P. 41(a)(2), the Court hereby ORDERS:

The claims of plaintiff Dr. William P. Gress and the Settlement Class Members against

Defendant Northwood, Inc. are dismissed with prejudice, and without costs. The Settlement

Fund was distributed in accordance with the parties' settlement agreement and this Court's

orders. Each party shall bear its own costs, other than the costs payable from the Settlement

Fund, as authorized by the Court as part of its Final Approval Order. This action is terminated.


ENTERED: _____

Honorable Robert M. Dow, Jr.
UNITED STATES DISTRICT JUDGE

Dated: 2/3/2014